# FINANCIAL DISCLOSURE REPORT
# FOR CALENDAR YEAR 2013

*Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial)<br><br>Kapala, Frederick J. | 2. Court or Organization<br><br>District Court, N D Illinois | 3. Date of Report<br><br>05/14/2014 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>District Judge | 5a. Report Type (check appropriate type)<br><br>☐ Nomination   Date<br>☐ Initial  ☑ Annual  ☐ Final<br><br>5b. ☑ Amended Report | 6. Reporting Period<br><br>01/01/2013<br>to<br>12/31/2013 |
| 7. Chambers or Office Address<br><br>327 South Church Street<br>Rockford, IL 61101 | | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Director | [ ] an Illinois not-for-profit corporation |
| 2. | Executor | Estate [ ] |
| 3. | Trustee | [ ] Trust |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 12/31/2013 | State of Illinois Retirement System, pension benefits payable at retirement at or after age 55 |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|
| 1. 2013 | State of Illinois - Appellate Court Judge retirement payments | $169,477.00 |
| 2. 2013 | Sale of furniture on installment ($14,500) | $615.00 |
| 3. 2013 | Sale of house on installment ($200,000) | $10,519.00 |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kapala, Frederick J. | 05/14/2014 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kapala, Frederick J. | 05/14/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Chase Bank account #4 | A | Interest | L | T | | | | | |
| 2. Blackhawk Bank account # 1 | A | Interest | | | Closed | 01/02/13 | K | | |
| 3. Blackhawk Bank account # 2 | | None | | | Closed | 01/02/13 | J | | |
| 4. Blackhawk Bank account # 3 | A | Interest | | | Closed | 01/02/13 | N | | |
| 5. Harris N.A. Bank Account # 1 | A | Interest | J | T | | | | | |
| 6. Scottrade Bank deposit program | A | Interest | J | T | | | | | |
| 7. Universal Infotainment Systems Corporation | A | Dividend | J | T | | | | | |
| 8. IRA # 1 | A | Int./Div. | J | T | | | | | |
| 9. -Telefonica Sa Spon Adr | | | | | | | | | |
| 10. IRA # 2 | A | Int./Div. | K | T | | | | | |
| 11. -CitiGroup | | | | | | | | | |
| 12. Real Estate # 1, Winnebago County, Illinois (2005, $100,000) | | None | L | R | | | | | |
| 13. Real Estate # 2, Winnebago County, Illinois (2003, $25,000) | | None | K | R | | | | | |
| 14. Real Estate # 3, Winnebago County, Illinois ($57,548) | | None | L | S | | | | | |
| 15. Chase Bank account # 1 | A | Interest | K | T | Open | 01/02/13 | K | | |
| 16. Chase Bank account #2 | A | Interest | N | T | Open | 01/02/13 | N | | |
| 17. Chase Bank account #3 | A | Interest | J | T | Open | 01/02/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kapala, Frederick J. | 05/14/2014 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Estate #1, executor (X) | A | Interest | | | Closed | 12/26/13 | K | | |
| 19. -Cash (X) | | | | | | | | | |
| 20. -Personal Property | | | | | Sold | 05/20/13 | K | | |
| 21. -Real Property-House | | | | | Sold | 08/12/13 | K | | Ursula Rush |
| 22. IRA #3 (X) | D | Distribution | | | Closed | 12/26/13 | J | | |
| 23. Trust #1, trustee (X) (H) | | | | | | | | | |
| 24. -Real Estate #1, Winnebago County, Illinois ($33,180) (2008) | | None | K | Q | | | | | |
| 25. -Real Estate #2, Boone County, Illinois ($4,439) | | None | J | S | | | | | |
| 26. - Northwest Bank Accounts | B | Interest | N | T | | | | | |
| 27. -Stillman Bank Accounts #1 | A | Interest | M | T | | | | | |
| 28. -Stillman Bank Account #2 | A | Interest | M | T | | | | | |
| 29. -Brokerage Account #1 (H) | B | Interest | M | T | | | | | |
| 30. -Morgan Stanley Bank N.A | | | | | | | | | |
| 31. -GNMA Pool | | | | | Sold | 12/15/13 | J | | |
| 32. -GE CAP BK CD | | | | | | | | | |

1. Income Gain Codes:    A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
(See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
(See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
   P3 =$25,000,001 - $50,000,000    P4 =More than $50,000,000
3. Value Method Codes    Q =Appraisal    R =Cost (Real Estate Only)    S =Assessment    T =Cash Market
(See Column C2)    U =Book Value    V =Other    W =Estimated

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII, Line 12 was purchased on July 12, 2005 for $100,000.

Part VII, Line 13 was purchased on September 15, 2003 for $25,000.

Part VII, Line 14, the assessed value is $57,548.

Part VII, Line 18 - The estate was created on 05/17/13 and closed on 12/26/13. The assets of the estate included cash, personal property, and real property (house). All of the assets were sold or distributed.

Part VII, Line 23, the 2012 Financial Disclosure Report was revised to include the Trust and its assets after the orginial 2012 and 2013 Financial Disclosure Reports had been filed.

Part VII, Line 24, the trust owns 11.06% of land that was appraised for $300,000 on May 5, 2008. The trusts value in the land is $33,180.

Part VII, Line 25, the trust owns 2% of land with an assessed value of $221,960. The trusts value in the land is $4,439.

| Name of Person Reporting | Date of Report |
|---|---|
| Kapala, Frederick J. | 05/14/2014 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ **Frederick J. Kapala**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544